1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   WILLIAM B. PRUITT,                          CASE NO. 1:07-cv-01709-AWI-SMS PC

10                    Plaintiff,                ORDER DENYING MOTION

11          v.                                  (Doc. 24)

12   CLARK, et al.,

13                    Defendants.
                                              /
14

15          Plaintiff William B. Pruitt, a state prisoner proceeding pro se and in forma pauperis, filed this

16   civil rights action pursuant to 42 U.S.C. § 1983 on November 26, 2007.  On March 7, 2011, Plaintiff

17   filed a motion seeking an order directing the United States Marshal (USM) to serve Defendant

18   Bonilla.

19          The USM was directed to serve Defendant Bonilla on September 23, 2010, along with other

20   four defendants.  Although Defendant Bonilla did not join the other four defendants in waiving

21   service and appearing in this action, the UMS has not concluded its attempts to locate and serve

22   Defendant Bonilla.  Until and unless the USM returns the summons and UMS-285 form as un-

23   executed, there is no action to take.  If service is returned un-executed, the Court will review the

24   record at that time and determine the next appropriate step.

25          Accordingly, Plaintiff's motion is HEREBY DENIED.

26   IT IS SO ORDERED.

27   **Dated:    March 14, 2011**            _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE
28

1