# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. PRUITT, | CASE NO. 1:07-cv-01709-AWI-SKO PC |
|     Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT BONILLA |
|     v. | |
| CLARK, et al., | (Docs. 19 and 31) |
|     Defendants. | Amended Unenumerated Rule 12(b) Motion Deadline: June 17, 2011 |

    On May 16, 2011, Defendant Bonilla filed an answer to Plaintiff's amended complaint. Accordingly, application of the discovery and scheduling order filed on January 13, 2011, is HEREBY EXTENDED to Defendant Bonilla.

    In light of the fact that the deadline for filing an unenumerated Rule 12(b) motion expired on March 13, 2011, the deadline is EXTENDED to June 17, 2011.

IT IS SO ORDERED.

**Dated:   May 17, 2011**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE