# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. PRUITT, | CASE NO. 1:07-cv-01709-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF AND WITNESSES BY VIDEOCONFERENCE |
| v. | |
| CLARK, et al., | (Doc. 33) |
| Defendants. | |
| _____/ | |

Plaintiff William B. Pruitt, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 26, 2007. This action is proceeding on Plaintiff's amended complaint, filed January 15, 2010, and a scheduling order was issued on January 13, 2011. This action is currently in the discovery phase, and on May 17, 2011, Defendants filed a motion seeking leave to depose Plaintiff and unspecified witnesses by videoconference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendants' motion is HEREBY GRANTED.


IT IS SO ORDERED.

**Dated:    May 18, 2011**                                    _____/s/ Sheila K. Oberto_____
                                                              UNITED STATES MAGISTRATE JUDGE