IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. PRUITT, | 1:07-cv-01709-AWI-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION SEEKING EXTENSION OF DISCOVERY DEADLINE AND VACATING DISCOVERY AND MOTION DEADLINES PENDING RESOLUTION OF DISCOVERY MOTIONS |
| vs. | |
| KEN CLARK, et al., | |
| Defendants. | |
| _____/ | (Motion #43) |

On September 13, 2011, Plaintiff filed a motion seeking an extension of the discovery deadline of September 13, 2011.

Currently pending before the Court are Plaintiff's motions to serve additional interrogatories and to compel. The need for further discovery, if any, will be addressed when the Court issues its ruling on those motions.

Accordingly, Plaintiff's motion is HEREBY GRANTED, and the discovery and pretrial dispositive motion deadlines are VACATED pending resolution of Plaintiff's discovery motions.

IT IS SO ORDERED.

**Dated:   September 15, 2011**          /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE