1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  WILLIAM B. PRUITT,                         CASE NO. 1:07-cv-01709-AWI-SKO PC

10              Plaintiff,                    ORDER SETTING PRETRIAL DISPOSITIVE
                                             MOTION DEADLINE FOR APRIL 2, 2012
11      v.
                                             (Doc. 44)
12  CLARK, et al.,

13              Defendants.
                                          /
14

15          Pursuant to the Court's order filed on September 15, 2011, the discovery and pretrial

16  dispositive motion deadlines were vacated pending resolution of Plaintiff's motions to serve

17  additional interrogatories and to compel.  Plaintiff's motions were then denied on October 17, 2011,

18  and the parties were directed to file status reports within forty-five days if further discovery was

19  necessary.  Defendants did not file a status report and Plaintiff stated in his status report that he did

20  not need any further discovery.

21          Accordingly, the discovery phase of this litigation is now closed and the deadline for filing

22  pretrial dispositive motions is set for April 2, 2012.

23

24  IT IS SO ORDERED.

25  **Dated:    January 3, 2012**                    _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28