# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. PRUITT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01709-AWI-SKO PC<br><br>ORDER SETTING PRETRIAL DISPOSITIVE MOTION DEADLINE FOR APRIL 2, 2012<br><br>(Doc. 44) |

     Pursuant to the Court's order filed on September 15, 2011, the discovery and pretrial dispositive motion deadlines were vacated pending resolution of Plaintiff's motions to serve additional interrogatories and to compel. Plaintiff's motions were then denied on October 17, 2011, and the parties were directed to file status reports within forty-five days if further discovery was necessary. Defendants did not file a status report and Plaintiff stated in his status report that he did not need any further discovery.

     Accordingly, the discovery phase of this litigation is now closed and the deadline for filing pretrial dispositive motions is set for April 2, 2012.

IT IS SO ORDERED.

**Dated:   January 3, 2012**　　　　　　　　　　　　／s／ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1